# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-cr-05042-RK-01 |
| | ) |
| MAHAMUD TOOXOOW MAHAMED, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 17, 2022, Magistrate Judge David P. Rush issued a Report and Recommendation (Doc. 33) concluding that the Court should deny Defendant's motion to dismiss (Doc. 28). Defendant filed an objection to the Report. (Doc. 34.)

After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Rush in full. Accordingly, the Court **ORDERS** as follows:

(1) the Report and Recommendation of Magistrate Judge Rush (Doc. 33) is **ADOPTED**;

(2) Defendant's objection (Doc. 34) is **OVERRULED**; and

(3) Defendant's motion to dismiss (Doc. 28) is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 7, 2022